FILED

07 NOV 19 AM 10: 41

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Misael ORTIZ-Rodriguez**<br><br>Defendant. | Magistrate Case No. **07 MJ 2695**<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens |

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about **November 16, 2007**, within the Southern District of California, defendant **Misael ORTIZ-Rodriguez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, **Efren ORTIZ-Garcia,** had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **NOVEMBER 2007**.

_____
MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Christopher Pascua, declare under penalty of perjury, the following is true and correct:

The complainant states that **Efrain ORTIZ-Garcia** is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On November 16, 2007, the San Ysidro Port of Entry Prosecutions Unit received an anonymous phone call from a concerned citizen. The concerned citizen stated a person or persons would be picking up undocumented aliens and that these aliens would be smuggled into the United States concealed within the dashboards of vehicles. The concerned citizen further stated the undocumented aliens were to be picked up by a person or persons driving a silver sedan on the corner of Grove Avenue and 25th Street in San Diego, California between the hours of 7:00 pm and 9:00 pm.

Agents with Immigration and Customs Enforcement (ICE) along with Customs and Border Protection Enforcement Officers subsequently responded and conducted surveillance of the area in order to identify the silver sedan. At approximately 8:20 pm, a red sedan bearing California license plate 3MYL601 arrived at the corner of Grove Avenue and 25th Street and parked on the north side of the street and left its parking lights on. No occupants exited the vehicle and remained on the north side of the street. Approximately ten minutes later, a silver sedan bearing California license plate 5CYL498 entered Grove Avenue from 25th Street, conducted a U-turn, and parked directly behind the red sedan. At this time, three occupants exited the red sedan and boarded the silver sedan. The silver sedan and all occupants departed the area; the red sedan remained parked on Grove Avenue.

Agents continued surveillance and followed the silver sedan. The silver sedan traveled to an apartment complex on Beyer Boulevard in San Ysidro, California. The vehicle entered the apartment complex parking lot, quickly exited, and traveled to Camiones Way adjacent to the pedestrian entrance into Mexico. The silver sedan traveled north on Interstate 805 and subsequently exited Del Mar Heights Road. The vehicle was stopped and field interviews were conducted on the occupants. The driver later identified, as **Defendant**, was determined to be a citizen of the United States. The passenger later identified as **Material Witness** was determined to be a citizen of Mexico with no legal right or entitlement to enter, pass through, or reside in the United States. A search of the silver sedan, incident to arrest, revealed a California Department Motor Vehicles registration document. The registration was that of a Mazda Protégé bearing California license plate 3MYL601. A further search of the vehicle revealed a set of keys stored in the driver's side door compartment. Agents later confirmed the registration and one of the keys belonged to the above-mentioned red sedan. At this time **Defendant, Material Witness,** and the silver sedan were transported to the San Ysidro Port of Entry for processing.

[handwritten margin notes: Misael Ortiz-Rodriguez TMA CP]

During a videotaped interview, **Material Witness** stated he is a citizen of Mexico, by virtue of birth in Nieves, Oaxaca, Mexico. **Material Witness** further stated he has no legal rights or entitlements to enter, pass through or remain in the United States. **Material Witness** stated he made his own smuggling arrangements in Tijuana, Baja California, Mexico and if successful, he was to pay a smuggling fee of $2,000 USD. **Material Witness** stated he was smuggled into the United States concealed in the dashboard of a vehicle on November 16, 2007. **Material Witness** stated he was going to Vista, California to seek employment.

EXECUTED ON THIS 17th DAY OF **November 2007** AT 4:00 am.

_____
Christopher Pascua / ICE Special Agent

On the basis of the facts presented in the Probable Cause Statement consisting of (2) page(s), I find probable cause to believe that the defendant named therein committed the offense on **November 16, 2007** in violation of Title 8, United States Code, Section 1324.

_____          11/17/07 @ 11:18 a.m.
MAGISTRATE JUDGE                       DATE / TIME