## Minutes of the United States District Court
### Southern District of California
### DECEMBER 04, 2007

HON.  JAN M. ADLER                    DEPUTY CLERK: R. RHONE

TAPE NO. JMA07-01-14:45-14:45

07MJ2695-JMA          USA          vs.          MISAEL ORTIZ-RODRIGUEZ  - 06584298 (R)

PRELIMINARY  HEARING

GREGORY OBENAUER, CJA, S/A
KENNETH MCMULLAN, CJA, N/A

AUSA: MICHELLE PETTIT

GOVT'S ORAL MOTION TO DISMISS CASE WITHOUT PREJUDICE  - GRANTED
DFT ON BOND AS OF 12/3/07

1MINUTE